USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2023

SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIN KWOK KEUNG,

                   Plaintiffs,

      -against-                        22-CV-7117 (VEC)

                                             ORDER

TEA TWO TEA LLC and ZEMUND REALTY
CORP.,
                   Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on January 4, 2023, the parties requested, *inter alia*, an adjournment of Defendant's answer deadline, *see* Dkt. 23; and

       WHEREAS on January 5, 2023, the Court adjourned the parties' Initial Pretrial Conference *sine die* and referred the case, upon the parties' request, to the Court-annexed Mediation Program, but neglected to respond to the request to adjourn Defendant's answer deadline; *see* Dkt. 25–26.

       IT IS HEREBY ORDERED that the deadline for Defendant to answer, move, or otherwise respond to the complaint is hereby STAYED pending the outcome of mediation.

**SO ORDERED.**

**Date: January 6, 2023**
**New York, NY**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**